[No. 4885-1. Division One. July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN M. WAUGH III, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9184, Byron L. Swedberg, J., entered June 4, 1976. *Dismissed* by unpublished per curiam opinion.

[No. 4744-1. Division One. July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD PEACE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75287, Edward E. Henry, J., entered April 30, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.

[No. 4692-1. Division One. July 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE MARVIN WILDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73707, David C. Hunter, J., entered April 5, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Williams, J.